80a 353
82 351
80a 353
181s 622

## Brewer & Hoffman Brewing Company v. John T. Boddie.

Error to the Superior Court of Cook County.

Alleged error in refusal to allow a change of venue can not be reviewed upon appeal, unless the motion and affidavits in support of it appear in the bill of exceptions. *Anderson Transfer Co. v. Fuller*, 174 Ill. 221.

A corporation having entered into a written lease, occupied the premises and paid rent under the lease, is estopped from setting up in defense to an action against it for rent accrued under the lease, that its charter limitations forbid its performance of its contract—the contract being one not prohibited by law. *Heims Brewing Co. v. Flannery*, 137 Ill. 309; *Standard Brewing Co. v. Kelly*, 66 Ill. App. 267; *Keeley Brewing Co. v. Emrick*, 64 Ill. App. 247; *Nat. Brewing Co. v. Ahlgren*, 63 Ill. App. 475. Affirmed.

Opinion filed March 14, 1899.

L. A. Gilmore and M. M. Jacobs, attorneys for plaintiff in error; Edward Maher and Charles C. Gilbert, of counsel.

Loesch Brothers & Howell, attorneys for defendant in error.

---

## George F. Harding v. Amalia Kuessner.

Appeal from the Superior Court of Cook County.

This was an appeal from an interlocutory order. The only question involved is the sufficiency of a creditor's bill. Affirmed on authority of *Bowen v. Parkhurst*, 24 Ill. 257; *First Natl. Bank v. Gage*, 79 Ill. 207; *Dormueil v. Ward*, 108 Ill. 216; *Edwards v. Rogers*, 41 Ill. App. 405.

Opinion filed January 26, 1899.

Wm. J. Ammen, attorney for appellant.

Nelson Monroe, attorney for appellee.